Submitted on record and appellant's brief April 14, affirmed April 28, 1975

STATE OF OREGON (Nos. 8523 and 8627), *Respondent, v.* DARYL GENE BLACK, *Appellant.*

534 P2d 213

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. James,* 3 Or App 539, 474 P2d 779, Sup Ct *review denied* (1970).